UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )   CRIMINAL NO.: 03-10264-NG
       v.                )
                         )   VIOLATION:
DAVID WESTGATE           )   29 U.S.C. 501(c)
                         )   Embezzlement from a
                         )   Labor Organization

## INDICTMENT

The United States Grand Jury in and for the District of Massachusetts charges that:

### COUNTS ONE THROUGH FIVE

(29 U.S.C. §501(c): Embezzlement from a Labor Organization)

On or about the dates set forth below, in the District of Massachusetts,

DAVID WESTGATE,

defendant herein, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use or the use of another, the moneys, funds, property, and other assets of a labor organization of which he was an officer, in that the defendant, while serving as President of United Auto Workers Local 168, issued from the bank account of Local 168 the following checks, purportedly signed by the Financial Secretary-Treasurer of Local 168, made payable to himself and in the amounts set forth below; endorsed the checks; and cashed the checks or deposited them into his own bank account, all without the authorization of Local 168.

| Count | Date of Check | Check Number | Amount |
|---|---|---|---|
| 1 | 12/23/2001 | 1037 | $   520.41 |
| 2 | 1/10/2002 | 1039 | $1,103.89 |
| 3 | 1/19/2002 | 1040 | $1,004.29 |
| 4 | 1/22/2002 | 1041 | $   215.68 |
| 5 | 1/24/2002 | 1042 | $1,000.12 |

All in violation of Title 29, United States Code, Section 501(c).

## COUNT SIX

(29 U.S.C. §501(c):  Embezzlement from a Labor Organization)

On or about January 30, 2002, in the District of Massachusetts,

DAVID WESTGATE,

defendant herein, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use or the use of another, the moneys, funds, property, and other assets of a labor organization of which he was an officer, in that the defendant, while serving as President of United Auto Workers Local 168, issued from the bank account of Local 168 check number 1044, in the amount of $100.00, made payable to his wife, Amanda Westgate, the proceeds of which were later deposited into his own bank account, all without the authorization of Local 168.

All in violation of Title 29, United States Code, Section 501(c).

COUNTS SEVEN THROUGH SIXTY-SEVEN

(29 U.S.C. §501(c):  Embezzlement from a Labor Organization)

On or about the dates set forth below, in the District of Massachusetts,

DAVID WESTGATE,

defendant herein, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use or the use of another, the moneys, funds, property, and other assets of a labor organization of which he was an officer, in that the defendant, while serving as president of United Auto Workers Local 168, issued from the bank account of Local 168 the following checks, made payable to himself and in the amounts set forth below; endorsed the checks; and cashed the checks or deposited them into his own bank account, all without the authorization of Local 168.

| Count | Date of Check | Check Number | Amount |
|---|---|---|---|
| 7 | 2/02/2002 | 1045 | $ 400.00 |
| 8 | 2/07/2002 | 1046 | $ 200.00 |
| 9 | 2/12/2002 | 1047 | $ 450.00 |
| 10 | 2/14/2002 | 1048 | $ 250.00 |
| 11 | 2/17/2002 | 1049 | $ 325.18 |
| 12 | 2/19/2002 | 1050 | $ 309.19 |
| 13 | 2/22/2002 | 1051 | $ 676.87 |
| 14 | 3/01/2002 | 1055 | $ 200.00 |

| 15 | 3/05/2002 | 1053 | $ | 307.89 |
| 16 | 3/06/2002 | 1057 | $ | 700.00 |
| 17 | 3/12/2002 | 1058 | $ | 160.00 |
| 18 | 3/21/2002 | 1060 | $ | 135.00 |
| 19 | 3/27/2002 | 1061 | $ | 80.00 |
| 20 | 3/29/2002 | 1062 | $ | 200.00 |
| 21 | 4/03/2002 | 1063 | $ | 300.00 |
| 22 | 4/06/2002 | 1064 | $ | 150.00 |
| 23 | 4/11/2002 | 1065 | $ | 650.00 |
| 24 | 4/12/2002 | 1066 | $ | 412.00 |
| 25 | 4/18/2002 | 1067 | $ | 360.00 |
| 26 | 4/20/2002 | 1069 | $ | 945.00 |
| 27 | 4/23/2002 | 1070 | $ | 315.40 |
| 28 | 4/25/2002 | 1071 | $ | 327.82 |
| 29 | 4/30/2002 | 1072 | $ | 357.48 |
| 30 | 4/30/2002 | 1073 | $ | 215.00 |
| 31 | 5/01/2002 | 1074 | $ | 515.00 |
| 32 | 5/04/2002 | 1075 | $ | 310.00 |
| 33 | 5/08/2002 | 1076 | $ | 500.89 |
| 34 | 5/12/2002 | 1077 | $ | 850.00 |
| 35 | 5/12/2002 | 1078 | $ | 322.50 |
| 36 | 5/20/2002 | 1079 | $ | 850.00 |
| 37 | 5/23/2002 | 1080 | $ | 200.00 |
| 38 | 5/24/2002 | 1081 | $ | 650.00 |
| 39 | 5/26/2002 | 1082 | $ | 743.16 |

| | | | |
|---|---|---|---|
| 40 | 5/27/2002 | 1083 | $ 558.00 |
| 41 | 6/05/2002 | 1085 | $ 250.25 |
| 42 | 6/08/2002 | 1084 | $ 700.00 |
| 43 | 6/18/2002 | 1086 | $1,100.00 |
| 44 | 6/26/2002 | 1087 | $ 505.00 |
| 45 | 7/01/2002 | 1088 | $ 200.00 |
| 46 | 7/11/2002 | 1089 | $ 175.00 |
| 47 | 7/14/2002 | 1090 | $ 807.32 |
| 48 | 7/15/2002 | 1091 | $ 425.00 |
| 49 | 7/18/2002 | 1092 | $ 525.00 |
| 50 | 7/22/2002 | 1094 | $ 60.00 |
| 51 | 8/19/2002 | 1095 | $1,500.00 |
| 52 | 8/23/2002 | 1096 | $ 180.00 |
| 53 | 8/26/2002 | 1097 | $ 140.00 |
| 54 | 8/29/2002 | 1098 | $ 27.54 |
| 55 | 9/15/2002 | 1099 | $1,050.00 |
| 56 | 9/20/2002 | 1100 | $ 175.00 |
| 57 | 9/22/2002 | 1101 | $ 120.00 |
| 58 | 9/24/2002 | 1102 | $ 175.00 |
| 59 | 9/26/2002 | 1103 | $ 122.40 |
| 60 | 10/14/2002 | 1104 | $1,000.00 |
| 61 | 10/29/2002 | 1105 | $ 375.00 |
| 62 | 10/30/2002 | 1106 | $ 325.00 |
| 63 | 10/31/2002 | 1107 | $ 92.50 |
| 64 | 11/12/2002 | 1108 | $ 60.00 |

| 65 | 11/18/2002 | 1109 | $   140.00 |
| 66 | 11/19/2002 | 1110 | $1,700.00 |
| 67 | 11/22/2002 | 1111 | $    80.00 |

All in violation of Title 29, United States Code, Section 501(c).

## COUNT SIXTY-EIGHT

(29 U.S.C. §501(c):   Embezzlement from a Labor Organization)

On or about March 21, 2002, in the District of Massachusetts,

DAVID WESTGATE,

defendant herein, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use or the use of another, the moneys, funds, property, and other assets of a labor organization of which he was an officer, in that the defendant, while serving as president of United Auto Workers Local 168, caused an electronic funds transfer in the amount of $1,986.30 to be made from the bank account of Local 168 at Compass Bank in New Bedford, Massachusetts to Town Fair Tire of North Dartmouth, Massachusetts, as payment for new tires and tire services for the defendant's 2001 GMC Sonoma pickup truck, all without the authorization of Local 168.

All in violation of Title 29, United States Code, Section 501(c).

## FORFEITURE ALLEGATION

(18 U.S.C. § 981 and 28 U.S.C. § 2461(c))

1. As a result of the offenses in violation of 29 U.S.C. § 501(c) charged in Counts One through Sixty-Eight of this Indictment,

DAVID WESTGATE,

defendant herein, shall forfeit all property, real and personal, that constitutes, or is derived from, proceeds traceable to the commission of the offense, including but not limited to:

(a) $31,867.08;

(b) Tires and other equipment purchased from Town Fair Tire for a 2001 GMC Sonoma pickup truck registered to the defendant.

2. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Section 981 and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_Donald J Flanagan_
FOREPERSON OF THE GRAND JURY

THEODORE D. CHUANG
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS        August 5, 2003

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK

2:16 pm